UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tavis Coardes, | ) | C/A No. 2:16-3408-PMD-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Express Employment Professionals, | ) | |
| And Key Logistic Solutions, LLC | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, appearing through counsel, filed this Title VII employment action on October 16, 2016. ECF No. 1. Each Defendant has appeared through counsel, submitted responses to court-propounded interrogatories, and filed motions to dismiss this case. Express Employment Professionals Mot. Dism., ECF No. 6; Key Logistic Solutions LLC Mot Dism., ECF No. 10. Plaintiff's responses to these dispositive motions were due on February 14 and February 21, 2017, respectively. To date, however, Plaintiff has not filed a response to either Defendant's Motion to Dismiss, nor has he requested an extension of time within which to respond. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his case, he is ordered to file legal memoranda in response to Defendants' Motions to Dismiss **no later than March 21, 2017**. *See* Local Civ. R. 7.06 (D.S.C.). Plaintiff is advised that if he fails to comply with this deadline, the undersigned will recommend this case be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 6, 2017                                                           Kaymani D. West
Florence, South Carolina                                         United States Magistrate Judge