IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Tavis Coardes, | C.A. #2:16-3408-PMD-KDW |
| Plaintiff, | |
| vs. | **ORDER** |
| Express Employment Professionals, and Key Logistics Solutions, LLC, | |
| Defendants. | |

This matter is before the court upon the report and recommendation of the United States Magistrate Judge made in accordance with Local Civil Rule 73.02(B)(2) and 28 U.S.C. § 636(b)(1)(A).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that plaintiff's motion to extend time to serve summons and complaint [1st part of Doc. #17] is **granted**; plaintiff's motion to amend [2nd part of Doc. #17] is **denied; and** defendants' motions to dismiss [Docs. #6 and #10] are **denied as moot**.

**IT IS FURTHER ORDERED** that the caption be amended to reflect the proper name of Defendant Express as "Express Services, Inc."

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

                                      PATRICK MICHAEL DUFFY
                                      United States District Judge

June 19, 2017
Charleston, South Carolina